IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ERIC M NEGRIN,                                    *

                      Plaintiff,            *

v.                                                     Case No.   5:21-cv-00279-MTT-TQL

                                       *

WILKINSON COUNTY JAIL,                             *

                     Defendant.            *

_____             *

## J U D G M E N T

Pursuant to this Court's Order dated November 8, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 9th day of November, 2021.

David W. Bunt, Clerk


s/ Tydra Miller, Deputy Clerk